Mr. Presiding Justice Higbee delivered the opinion of the court.

---

Charles A. Stewart, administrator of the estate of Oscar H. Mooneyham, deceased, defendant in error, v. Thomas D. Heed, receiver of the Chicago & Eastern Illinois Railroad Company, plaintiff in error.

Action to recover for wrongful death in collision of automobile with train. Judgment for plaintiff. Error to the Circuit Court of Franklin county; the Hon. J. C. Eagleton, Judge, presiding. Heard in this court at the March term, 1919. Reversed with finding of fact. Opin-

ion filed June 6, 1919. Eagleton, J., took no part in the hearing of this cause.

Edward C. Craig, Donald B. Craig, W. F. Dillon and Fred H. Kelly, for plaintiff in error; Homer T. Dick and Charles O. Fowler, of counsel. J. P. Mooneyham, for defendant in error.

Mr. Presiding Justice Higbee delivered the opinion of the court.